**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LAWRENCE SMITH,<br><br>                Petitioner,<br><br>      v.<br><br>SANDOR, Warden,<br><br>                Respondent. | ) NO. CV 10-01491 VAP (SS)<br>)<br>)<br>)<br>)         **JUDGMENT**<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  April 28, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE